**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Linda Donkers                                                                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-21967 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
10 Sep 2021, 12:19:53, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 624e08b30a3a2ccb6e46d66c09d18d133a1b443bf7f404816159350a17f21ff3