**Form 154A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

4

In re:                                                                    Bankruptcy Case No.: 21−21967−JAD

                                                                          Chapter: 13

**Linda Donkers**
   Debtor(s)

### NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 16, 2021**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                         Michael R. Rhodes
   U.S. Bankruptcy Court                                    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

   Dated: 9/8/21

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                     Case No. 21-21967-JAD

Linda Donkers                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 154A | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Donkers, 306 Telegraph Road, Brownsville, PA 15417-9560 |
| 15408823 | | Advanced Disposal, 32870 US-6, Pittsfield, Marble, PA 16334 |
| 15408825 | + | Alltran, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 15408826 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15408827 | + | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15408828 | + | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15408829 | + | Beneficial, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 15408854 | ++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 address filed with court:, TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 15408833 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15408837 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240 |
| 15408844 | | Mon valley Hospital, Inc., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15408845 | + | New Rez/Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15408846 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15408856 | + | UFCW Local 23 Federal Credit Union, 345 Southpointe Boulevard--Suite 201, Canonsburg, PA 15317-8571 |
| 15408855 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15408832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15408830 | + | Email/Text: cms-bk@cms-collect.com | Sep 08 2021 23:09:00 | Capital Management Services, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15408834 | + | Email/Text: tuscolsup@fisglobal.com | Sep 08 2021 23:09:00 | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 15408835 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 08 2021 23:09:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15408836 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2021 23:18:54 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15408838 | | Email/Text: mrdiscen@discover.com | Sep 08 2021 23:09:00 | Discover Card Services, P.O. Box 15157, Wilmington, DE 19886 |
| 15408841 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 23:09:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15408842 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2021 23:09:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15408831 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

District/off: 0315-2                         User: admin                                    Page 2 of 3
Date Rcvd: Sep 08, 2021                      Form ID: 154A                                  Total Noticed: 31

|  |  | Sep 08 2021 23:18:53 | Chase, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 15408843 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:19:02 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15408847 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:09:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15408849 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2021 23:09:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15408850 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2021 23:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15408851 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 23:18:57 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15408852 | + Email/Text: csidl@sbcglobal.net | Sep 08 2021 23:09:00 | Premier Bankcard, POB 2208, Vacaville, CA 95696-8208 |
| 15408857 | Email/Text: bankruptcy@firstenergycorp.com | Sep 08 2021 23:09:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15408840 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15408839 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15408824 | ##+ | AFC First Finanacial, 1005 Brookside Rd., Allentown, PA 18106-9028 |
| 15408848 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15408853 | ##+ | SRA Asssociates, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Linda Donkers ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2

User: admin

Page 3 of 3

Date Rcvd: Sep 08, 2021

Form ID: 154A

Total Noticed: 31

TOTAL: 3