# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Linda Donkers**                                                                                  Case No.  **21-21967**
                               Debtor(s)                                                                  Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Linda Donkers** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✔] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **October 2, 2021**                    Signature  **/s/ Linda Donkers**
                                                        **Linda Donkers**
                                                        Debtor