IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21967-JAD |
| | : | |
| **Linda Donkers,** | : | Chapter 13 |
|         Debtor | : | |
| | : | |
| **Linda Donkers,** | : | |
|         Movant | : | **Filed Pursuant to Rule 1007-4** |

### AMENDED VERIFICATION REGARDING PROOF OF INCOME

I, **Linda Donkers,** hereby state as follows:

1. I am retired.

2. I receive Social Security Benefits in the amount of $ 1,849.00 per month.

3. I receive a pension in the amount of $264.00 per month.

4. My daughter, her husband and their child live in the household and contribute $2,800.00 per month.

5. I have filed income tax returns for the years 2017 – 2019, and due to my lack of income I was not required to file a return in 2020.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>October 5, 2021</u>　　　　　　　　　　　　　　/s/ **Linda Donkers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Linda Donkers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor