| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Linda Donkers** | Social Security number or ITIN  **xxx–xx–1250** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**   **9/7/21** |
| Case number: | **21–21967–JAD** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Linda Donkers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 306 Telegraph Road<br>Brownsville, PA 15417 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/5/21 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/31/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/16/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/6/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**11/1/21** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| | Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21967-JAD |
| Linda Donkers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 4 |
| Date Rcvd: Oct 05, 2021 | Form ID: 309iJAD | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Donkers, 306 Telegraph Road, Brownsville, PA 15417-9560 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15408823 | | Advanced Disposal, 32870 US-6, Pittsfield, Marble, PA 16334 |
| 15408825 | + | Alltran, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 15408826 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15408854 | ++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 address filed with court:, TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 15408833 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15408837 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240 |
| 15408844 | | Mon valley Hospital, Inc., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15408845 | + | New Rez/Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15419708 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 15408846 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15408856 | + | UFCW Local 23 Federal Credit Union, 345 Southpointe Boulevard--Suite 201, Canonsburg, PA 15317-8571 |
| 15408855 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@mcelrathlaw.com | Oct 05 2021 23:27:00 | Paul W. McElrath, Jr., McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210 |
| smg | | EDI: PENNDEPTREV | Oct 06 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 06 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 05 2021 23:27:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, |

Case 21-21967-JAD    Doc 21    Filed 10/07/21    Entered 10/08/21 00:28:00    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 309iJAD | Total Noticed: 39 |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15222-3721 |
| 15408827 | + | EDI: BANKAMER2.COM | Oct 06 2021 03:28:00 | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15408828 | + | EDI: TSYS2.COM | Oct 06 2021 03:28:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15408829 | + | EDI: HFC.COM | Oct 06 2021 03:28:00 | Beneficial, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 15408832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2021 23:27:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15408830 | + | Email/Text: cms-bk@cms-collect.com | Oct 05 2021 23:27:00 | Capital Management Services, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15408834 | + | Email/Text: tuscolsup@fisglobal.com | Oct 05 2021 23:27:00 | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 15408835 | + | EDI: CONVERGENT.COM | Oct 06 2021 03:28:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15408836 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2021 23:36:07 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15408838 | | EDI: DISCOVER.COM | Oct 06 2021 03:28:00 | Discover Card Services, P.O. Box 15157, Wilmington, DE 19886 |
| 15408841 | + | EDI: IRS.COM | Oct 06 2021 03:28:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15408842 | | EDI: JEFFERSONCAP.COM | Oct 06 2021 03:28:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15408831 | | EDI: JPMORGANCHASE | Oct 06 2021 03:28:00 | Chase, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 15408843 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 23:36:06 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15408847 | | EDI: PENNDEPTREV | Oct 06 2021 03:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15408847 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:27:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15408849 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2021 23:27:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15408850 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2021 23:27:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15408851 | | EDI: PRA.COM | Oct 06 2021 03:28:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15408852 | + | Email/Text: csidl@sbcglobal.net | Oct 05 2021 23:27:00 | Premier Bankcard, POB 2208, Vacaville, CA 95696-8208 |
| 15410345 | + | Email/Text: bankruptcy@huntington.com | Oct 05 2021 23:27:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15408857 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 05 2021 23:27:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15420322 | *+ | AFC First Finanacial, 1005 Brookside Rd., Allentown, PA 18106-9028 |
| 15420321 | * | Advanced Disposal, 32870 US-6, Pittsfield, Marble, PA 16334 |

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 309iJAD | Total Noticed: 39 |

| | | |
|---|---|---|
| 15420323 | *+ | Alltran, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 15420324 | *+ | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15420325 | *+ | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15420326 | *+ | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15420327 | *+ | Beneficial, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 15420352 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 15420330 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15420331 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15420335 | *P++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805, address filed with court:, CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240 |
| 15420328 | *+ | Capital Management Services, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15420332 | *+ | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 15420333 | *+ | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15420334 | *+ | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15420336 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card Services, P.O. Box 15157, Wilmington, DE 19886 |
| 15408840 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15420338 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15420339 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15408839 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15420337 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15420340 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15420329 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 15420341 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15410262 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15420342 | * | Mon valley Hospital, Inc., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15420343 | *+ | New Rez/Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15420344 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15420345 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15420347 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15420348 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15420349 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15420346 | *+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15420350 | *+ | Premier Bankcard, POB 2208, Vacaville, CA 95696-8208 |
| 15420351 | *+ | SRA Asssociates, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15420354 | *+ | UFCW Local 23 Federal Credit Union, 345 Southpointe Boulevard--Suite 201, Canonsburg, PA 15317-8571 |
| 15420353 | *+ | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 15420355 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15408824 | ##+ | AFC First Finanacial, 1005 Brookside Rd., Allentown, PA 18106-9028 |
| 15408848 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15408853 | ##+ | SRA Asssociates, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 38 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Linda Donkers ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4