Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Linda Donkers**                                            :        Case No. 21−21967−JAD
    *Debtor(s)*                                              :        Chapter: 13
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 5th of November, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                    Jeffery A. Deller
                                                                   United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda Donkers  
    Debtor

Case No. 21-21967-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 3  
Date Rcvd: Nov 05, 2021     Form ID: 309     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Donkers, 306 Telegraph Road, Brownsville, PA 15417-9560 |
| 15408823 | | Advanced Disposal, 32870 US-6, Pittsfield, Marble, PA 16334 |
| 15408825 | + | Alltran, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 15408826 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15408854 | ++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 address filed with court:, TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 15408833 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15408837 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240 |
| 15408844 | | Mon valley Hospital, Inc., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15408845 | + | New Rez/Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15419708 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 15408846 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15408856 | + | UFCW Local 23 Federal Credit Union, 345 Southpointe Boulevard--Suite 201, Canonsburg, PA 15317-8571 |
| 15408855 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15408827 | + | EDI: BANKAMER2.COM | Nov 06 2021 03:03:00 | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15408828 | + | EDI: TSYS2.COM | Nov 06 2021 03:03:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15408829 | + | EDI: HFC.COM | Nov 06 2021 03:03:00 | Beneficial, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 15408832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 05 2021 22:55:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15408830 | + | Email/Text: cms-bk@cms-collect.com | Nov 05 2021 22:55:00 | Capital Management Services, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15408834 | + | Email/Text: tuscolsup@fisglobal.com | Nov 05 2021 22:55:00 | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 15408835 | + | EDI: CONVERGENT.COM | Nov 06 2021 03:03:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15408836 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2021 22:58:48 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15408838 | | EDI: DISCOVER.COM | Nov 06 2021 03:03:00 | Discover Card Services, P.O. Box 15157, Wilmington, DE 19886 |

Case 21-21967-JAD    Doc 25    Filed 11/07/21    Entered 11/07/21 23:26:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 309 | Total Noticed: 33 |

| Recip ID | Bypass Reason | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 15408841 | + | EDI: IRS.COM | Nov 06 2021 03:03:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15408842 | | EDI: JEFFERSONCAP.COM | Nov 06 2021 03:03:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15408831 | | EDI: JPMORGANCHASE | Nov 06 2021 03:03:00 | Chase, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 15408843 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 22:58:47 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15408847 | | EDI: PENNDEPTREV | Nov 06 2021 03:03:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15408847 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2021 22:55:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15408849 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 22:55:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15408850 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 22:55:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15408851 | | EDI: PRA.COM | Nov 06 2021 03:03:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15408852 | + | Email/Text: csidl@sbcglobal.net | Nov 05 2021 22:55:00 | Premier Bankcard, POB 2208, Vacaville, CA 95696-8208 |
| 15410345 | + | Email/Text: bankruptcy@huntington.com | Nov 05 2021 22:55:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15408857 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 05 2021 22:55:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15420322 | *+ | AFC First Finanacial, 1005 Brookside Rd., Allentown, PA 18106-9028 |
| 15420321 | * | Advanced Disposal, 32870 US-6, Pittsfield, Marble, PA 16334 |
| 15420323 | *+ | Alltran, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 15420324 | *+ | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15420325 | *+ | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15420326 | *+ | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15420327 | *+ | Beneficial, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 15420352 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 15420330 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15420331 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15420335 | *P++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805, address filed with court:, CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240 |
| 15420328 | *+ | Capital Management Services, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15420332 | *+ | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 15420333 | *+ | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15420334 | *+ | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15420336 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card Services, P.O. Box 15157, Wilmington, DE 19886 |
| 15408840 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15420338 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15420339 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15408839 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15420337 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 15420340 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15420329 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N Walnut Street Mailstop De1-1027, Wilmington, DE 19801 |
| 15420341 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15410262 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15420342 | * | Mon valley Hospital, Inc., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15420343 | *+ | New Rez/Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15420344 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15420345 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15420347 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15420348 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15420349 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15420346 | *+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15420350 | *+ | Premier Bankcard, POB 2208, Vacaville, CA 95696-8208 |
| 15420351 | *+ | SRA Asssociates, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15420354 | *+ | UFCW Local 23 Federal Credit Union, 345 Southpointe Boulevard--Suite 201, Canonsburg, PA 15317-8571 |
| 15420353 | *+ | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 15420355 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15408824 | ##+ | AFC First Finanacial, 1005 Brookside Rd., Allentown, PA 18106-9028 |
| 15408848 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15408853 | ##+ | SRA Asssociates, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 38 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Linda Donkers ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4